# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DAVID CHARLES MISH, JR.,<br><br>*Defendant*. | Criminal Action No. 1:21-cr-00112 (CJN) |

## ORDER

Before the Court is the United States' Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act, ECF No. 14. The parties have conferred and Mr. Mish consents to the motion. *Id.* at 8.

The Court finds that the investigation into the events that gave rise to the charges against Mr. Mish is so unusual and complex that it is unreasonable to expect adequate preparation for pretrial proceedings within the time limits established by the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(B)(ii). Specifically, this case involves unusually voluminous discovery that the government must review and produce to Mr. Mish in order for both sides to prepare for further proceedings.

The Court therefore finds that the interests of justice are served by continuing this case and tolling the computation of time under the Speedy Trial Act for a period of approximately sixty days from April 1, 2021, through and including June 1, 2021, to allow adequate time to produce and review discovery materials. For the reasons stated in this Order and because Mr. Mish consents to the government's motion, the Court finds that the interests of justice served by

such action outweigh the best interests of the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). It therefore is hereby

ORDERED that the United States' Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act, ECF No. 14, is GRANTED; it is

FURTHER ORDERED that this action is continued from April 1, 2021, through and including June 1, 2021; it is

FURTHER ORDERED that in the interests of justice, the time from April 1, 2021, through and including June 1, 2021, is excluded from the Speedy Trial Act computation; and it is

FURTHER ORDERED that the parties shall appear before the Court for a status conference on June 1, 2021, at 11:00 a.m.

It is SO ORDERED.

DATE: April 12, 2021

CARL J. NICHOLS
United States District Judge