

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

August 16, 2021

Maria N. Jacob, Esq.
Assistant Federal Public Defender
Office of the Federal Public Defender for the District of Columbia
625 Indiana Avenue, NW, Suite 550
Washington, D.C. 20004

    Re:    *United States v. David Charles Mish, Jr.*
               Case No. 21-cr-112 (CJN)

Dear Counsel:

    I write to memorialize the disclosure of the following to you via USAfx on August 11, 2021:

- Materials for Serials 31 and 32, which relate to your client's cell phone. These materials were not included in the initial fast-track discovery production due to the filter review conducted on that cell phone.
- A MPD body worn camera file of Officer Ashley Mancuso.

    If you have any questions, please feel free to contact me.

                                     Sincerely,

                                     *Christine Macey*

                                   Christine Macey
                                   Assistant United States Attorney
                                   United States Attorney's Office
                                   555 Fourth Street, N.W., Room 5243
                                   Washington, D.C. 20530
                                   (202) 252-7058
                                   Christine.Macey@usdoj.gov