# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Criminal No. 21-cr-112 (CJN) |
| : | |
| **DAVID C. MISH, JR.,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF FILING

The government requests that the attached: (1) United States' Memorandum Regarding Status of Discovery as of August 23, 2021, filed on September 2, 2021 in *United States v. Andrew Ericson*, Case No. 21-cr-506 (TNM); and (2) United States' Memorandum Regarding Status of Discovery as of September 14, 2021, filed on September 15, 2021 in *United States v. Andrew C. Ericson*, Case No. 21-cr-506 (TNM), be made part of the record in this case, as they provide a comprehensive review of the overall discovery efforts in Capitol Riot cases as of the date of filing.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney

By:  /s/ *Christine M. Macey*
CHRISTINE M. MACEY
DC Bar No. 1010730
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W., Room 5243
Washington, DC 20530
Phone: (202) 252-7058
Christine.Macey@usdoj.gov