Dear Judge Nichols,

Hello, I am not sure if you receive letters like this often, but I am writing you to speak on behalf of my dad. David Mish is a father, son, friend and grandpa. When you think of who would you do absolutely anything and everything for, I used to think "your child." We would go to the ends of the earth to make our child happy right? Well yes, but for my dad, him becoming a grandpa gave him a whole new meaning of life. He loves me of course but when it comes to my son, Dave's grandson, it's almost like the sun sets and rises on him. To be absolutely selfless and caring would be an understatement to describe my father. ███ bring a new light to my dad, one that was burnt out years ago. More specifically in April of 2006. We lost my brother ███ to some pretty tragic circumstances and it was something that threw my dad into depression. All his life my dad wanted a boy, a son to play sports with, a little boy to mentor and someone to grow along side of him as he grew as a person himself. When ███ came along my dad was so excited. My dad was the reason ███ had diapers on his bottom, clothes on his back and a smile every day. David changed his life for his grandson. He actually comes to holidays now, he works ten times harder just to "have enough money to buy ███ whatever he wants!" He runs when ███ needs help, and jumps when ███ says jump. My dad brings stability, clarity, a way of an escape, and happiness to ███ and as a medically complex Autistic 5 year old ███ needs that.

David is also known for his hard work. In the winter months when construction is laid off, he comes to my house and finds random stuff to fix. He is dedicated to working and in my opinion his work is what keeps him grounded. My dad has been fixing roads for nearly 20 years. If you ask around, people would describe my dad as "a beast at concrete!" Selfless in everything he does. He has helped my landlord fix the plumbing, concrete and lawn work without asking for a dime. He fixed up my Aunt's house completely, helped my sister's husband's grandma with her electrical work, and works extra on weekends if his construction friends say they need help. My dad wants to see everyone have a good life and succeed, if there is a chance he can help make that happen he leaps for it.

Most of all, my dad is my biggest supporter. He is all I have left and I truly do not know where I would be without him. He encourages me to do my best, supports me at my lows, lifts me when I struggle and makes jokes when they're needed.

Overall, my dad is a good person. He genuinely cares for others and puts them before himself. My dad is loved by so many people, whether he believes it or not. He has had a difficult life that has been filled with hurt and grief too many times but he has proved that not all tough times have to overtake him. He has rebuilt a life full of determination and happiness. Which is why I ask that he have a second chance to keep at this life he built for himself. He has worked so hard to be where he is today and I would be devastated to not have the only person I have left a phone call or drive away.

After this, I hope everyone can look at my dad and think of the man that brought 3 pounds of hot ham and rolls with 2 packs of soda to Children's Wisconsin for my coworkers and I so we had something to eat on an incredibly short staffed day. Or the man that has given people a place to stay and food to eat even if he didn't have much himself. The man that still took in my mom after her many times in jail just to try and help her get back on her feet and doing better. Thank you for taking the time to read this and I hope it has left you with a picture of the real David Mish. The caring, selfless, determined, loving, supporting, and team player Dave.

Sincerely,