

A 1 Global Service LLC

414-507-4801

11-12-2021

To whom it may concern:

David Mish is a currently part-time employee of A 1 Global Service LLC David has been a employee of mind since 6-2015 as a concert finisher. David is still an active employee. Should you need more information please don't hesitate to contact me. Owner Robert McDonald @ 414-507-4801

Sincerely:

Robert McDonald

# De Luca And Hartman Construction, Inc.



W234 S6650 Big Bend Dr ~ Waukesha, WI  53189
PO Box 310 ~ Big Bend, WI  53103-0310
Phone: (262) 662-3020  Fax: (262) 662-5320

November 12, 2021

Re:  David Mish

To Whom It May Concern:

David Mish is employed with DeLuca and Hartman Construction, Inc. during the winter months as a snow removal employee.

This winter season will be David' second year with us.

If you have any questions regarding this matter, please feel free to contact me at 262-662-3020.

Sincerely,

*Cynthia A. Mazza*

Cynthia A. Mazza
Office Manager



MILWAUKEE | MADISON | MINNEAPOLIS

November 12, 2021

To Whom it May Concern:

Re:  David Mish

This letter is confirming that David Mish is a current, active employee of Stevens Construction Corp.

**Date of Hire:**  11/01/2021

**Position:**  Concrete I

Please let us know if you have any questions, concerns or if you require additional information.

Sincerely,

Angela Wilcox

Human Resources Coordinator

Two Buttonwood Court ▪ Madison, WI 53718 ▪ 608.222.5100                                    stevensconstruction.com