Hello Judge

I want to start by saying I made a bad judgment call by walking into the capital and raising my voice.  My whole purpose in going there was to peacefully protest and i failed.  I believe in law and order and my behavior on the 6th contradicts that.  I should of stayed away from the capital.  I should of made a better judgment call and now i cost the tax payers money which is something i never wanted to happen.  I know now that i need to step back and think so that i can make better choices in my life.  Im just asking you to let me go on with my life alot of my bosses depend on me and i dont want to let any more people down.  Thank you for your time judge.

David Mish