UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : <br> : <br> **v.** :     **CR NO. 21-112 (CJN)** <br> : <br> **DAVID CHARLES MISH, JR.,** : <br> : <br> **Defendant.** : <br> : | |

**DEFENDANT'S MOTION TO EXTEND TIME TO SELF-SURRENDER**

The defendant, David Mish, respectfully requests that the Court extend the time for him to self-surrender from January 12, 2022 until April 1, 2022. In support of this motion, the defendant submits the following:

1. On November 18, 2021, the Court sentenced Mr. Mish to a sentence of 30 days incarceration. *See* ECF No. 43. In addition, the Court ordered him to pay $500 in restitution pursuant to the agreement by the parties. *Id*. The Court allowed Mr. Mish to remain on release and to self-surrender. He has since been advised by United States Probation that he must report to a facility in Illinois on January 12, 2022 to serve his time.

2. Mr. Mish is requesting an extension until April 1, 2022, because that is the end of the snow-plowing season in Milwaukee. As discussed at sentencing, Mr. Mish relies on a few different places of employment to maintain his livelihood. His employment with De Luca and Hartman Construction doing snow removal is a substantial source of income for Mr. Mish. That employer has provided a letter explaining that Mr. Mish is

employed with them through April 1, 2022. *See* Exhibit 1, Letter from De Luca and Hartman.

3. If Mr. Mish self-surrenders in the middle of the snow removal season, his employer will be forced to find a replacement and Mr. Mish will lose income that he relies upon.

For these reasons, Mr. Mish respectfully requests that the Court grant an extension of his self-surrender until April 1, 2022.

Respectfully submitted,

_____"/s/"_____
Maria N. Jacob
FEDERAL PUBLIC DEFENDER
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500
maria_jacob@fd.org
